UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GRACE ALBANESE,

Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

Defendant.

Case No. 2:17-cv-01574-RFB-PAL

**<u>ORDER</u>**

Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered July 24, 2017.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by August 7, 2017. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 5) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Plaintiff Grace Albanese's Application to Proceed In Forma Pauperis (ECF No. 1) is DENIED.

**IT IS FURTHER ORDERED** that The Complaint (ECF No. 1-1) is DISMISSED. The Clerk of the Court be instructed to close this case and enter judgment accordingly and to serve a copy of this Order upon Plaintiff.

DATED: October 31, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**